SEALED  FILED

FEB 20 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20 CR-00045 NoNE SKO |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| HEATHER STANLEY, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on February 15, 2018, charging the above defendant with a violation of 18 U.S.C. § 1343 – Wire Fraud; 18 U.S.C. § 1341 – Mail Fraud; 26 U.S.C. § 7201 – Attempt to Evade and Defeat Assessment of a Tax; 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1) - Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person

///

///

///

Motion to Seal Indictment                             1

1  shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except
2  when necessary for the issuance and execution of the warrant.

3  DATED: February 20, 2020

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By   /s/ ANGELA L. SCOTT
ANGELA L. SCOTT
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: February 20, 2020

*(signature)*
SHEILA K. OBERTO
U.S. Magistrate Judge