TORRES | TORRES STALLINGS AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
HEATHER STANLEY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00045 NONE-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIFY TERMS AND CONDITIONS OF RELEASE |
| HEATHER STANLEY, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND ANGELA SCOTT, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, HEATHER STANLEY, by and through her attorney of record, DAVID A. TORRES hereby requesting that the conditions of defendant's release include the following:

Defendant is to provide a detailed itinerary to the assigned Pretrial Services Officer which shall include the location of where defendant will travel and the time frame of when defendant wishes to travel.

Declaration:

1. On February 26, 2020 Ms. Stanley was arraigned on the Indictment.
2. A detention hearing was held, and Ms. Stanley was ordered released upon conditions set forth by the Court.
3. Part of Ms. Stanley's terms of release included a travel restriction, specifically section

1

(7)(c), "travel restricted to the State of California, unless otherwise approved in advance by PSO, and you may travel within the State of Nevada if approved for residency, by PSO."

4. Ms. Stanley respectfully requests the court allow her to travel within the United States so long as approved by the PSO. Additionally, she would be required to inform the PSO, prior to travel, of her time frame of travel and the locations where she will be visiting.

**IT IS SO STIPULATED.**

DATED: 3/17/20

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
HEATHER STANLEY

DATED: 3/17/20

*/s/Angela Scott*
ANGELA SCOTT
Assistant U.S. Attorney

## **ORDER**

The Court DENIES the request to modify conditions of release and sets a bail review hearing for Friday, March 20, 2020 at 2:00 p.m. to address the issues in this stipulation. In light of the restrictions on entering the Courthouse, and General Orders 610 and 611, the government's attorney and the defense counsel are encouraged to appear by telephone for the hearing in this matter with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139.** To the extent possible, defense counsel is encouraged to waive their client's appearance. The Court will allow in-court oral wavier of a defendant's appearance provided counsel informs Esther Valdez at 559-499-5788 no later than noon the day before the hearing.
IT IS SO ORDERED.

Dated: **March 18, 2020**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2