TORRES | TORRES STALLINGS AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
HEATHER STANLEY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER STANLEY,<br><br>Defendants. | Case No. 1:20-cr-00045 NONE-SKO<br><br>STIPULATION AND ORDER TO VACATE BAIL REVIEW HEARING |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND ANGELA SCOTT, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, HEATHER STANLEY, by and through her attorney of record, DAVID A. TORRES hereby requesting that the bail review hearing currently set for Friday, March 20, 2020 be vacated.

After speaking to Ms. Stanley and AUSA Angela Scott, we have determined that the bail review hearing is no longer necessary.

//

//

//

//

//

1

**IT IS SO STIPULATED.**

DATED: 3/19/20

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
HEATHER STANLEY

DATED: 3/19/20

*/s/Angela Scott*
ANGELA SCOTT
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the bail review hearing currently set for Friday, March 20, 2020 be vacated.

IT IS SO ORDERED.

Dated: **March 19, 2020**    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE