**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
HEATHER STANLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>HEATHER STANLEY,<br><br>           Defendant | Case No.: 20-CR-00045 NONE-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, HEATHER STANLEY, hereby waives her appearance in person in open court upon the status conference set for Monday, September 14, 2020 of the above entitled court.  Defendant hereby requests the court to proceed in her absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.


Date: September 14, 2020                            */s/Heather Stanley*_____
                                                    HEATHER STANLEY


Date: September 14, 2020                            */s/David A. Torres*_____
                                                    DAVID A. TORRES,
                                                    Attorney for Defendant

Summary of Pleading - 1

**ORDER**

Good cause appearing.

**IT IS HEREBY ORDERED** that defendant Heather Stanley is hereby excused from appearing at this court hearing scheduled for Monday, September 14, 2020.

IT IS SO ORDERED.

Dated:   **September 14, 2020**                    **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE