**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
HEATHER STANLEY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>HEATHER STANLEY,<br><br>           Defendant | Case No.: 1:20-cr-00045 NONE-SKO<br><br>**STIPULATION AND ORDER TO ALLOW DEFENDANT TO TRAVEL** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND VINCENTE A. TENNERELLI, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, HEATHER STANLEY, by and through her attorney of record, DAVID A. TORRES hereby requests she be allowed to travel out of the Southern District of California, where Mrs. Stanley currently resides. Mrs. Stanley is requesting to travel both Washington, D.C. and Arlington, Virginia. personal and medical reasons.  She will be traveling via air. Mrs. Stanley has purchased prepaid airline tickets for the following dates:

- October 18, 2021, Depart San Diego, CA at 8:30 a.m. and arrive in Washington, D.C. at 4:42 p.m.
- October 29, 2021, Depart Washington, D.C. at 5:55 p.m. and arrive in San Diego, CA at 8:19 p.m.

Summary of Pleading - 1

On or about February 26, 2021, Mrs. Stanley was ordered released on numerous pretrial conditions. As a term of her release, she was ordered not to travel out of the Eastern District. However, due to health reasons. Mrs. Stanley currently resides in San Diego, CA where she is under the supervision of United States Pretrial Services Officer Russell Parris. Mrs. Stanley is requesting to travel to Washington D.C. and Arlington, Virginia to assist her sister in taking care of her child. Her sister, Kimberly Christiansen Heneghan, and her husband John Heneghan, reside at 1608 North Randolph Street, Arlington, VA 22207. Mrs. Heneghan's contact number is (703) 217-1096.

Most importantly, Mrs. Stanley plans on scheduling treatment for subglottic stenosis at the Complex Airway Clinic at Johns Hopkins. This year, Ms. Stanley has undergone two trachea surgeries in the past four months. Her PTS Officer, Mr. Parris is aware of her efforts to receive treatment at Johns Hopkins.

As such, Mrs. Stanley will provide her PTS Officer Russell Parris an itinerary outlining her travel plans to and from Washington D.C. and Arlington, Virginia. To date, she has complied with her conditions of releases and has not violated any PTS conditions set by the court.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  October 4, 2021         */s/ David A Torres*___
                                DAVID A. TORRES
                                Attorney for Defendant
                                HEATHER STANLEY


DATED: October 4, 2021          */s/ Vincente A. Tennerelli*___
                                VINCENTE A. TENNERELLI
                                Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that defendant be allowed to travel to Washington D.C. and Arlington, Virginia on October 18, 2021, and return October 29, 2021. Moreover, Ms. Stanley is to provide her Pre-Trial Services Officer, Russell Parris, a comprehensive itinerary outlining her travel plans.

IT IS SO ORDERED.

Dated:   **October 4, 2021**

UNITED STATES MAGISTRATE JUDGE