**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
HEATHER STANLEY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-00045 JLT-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |
| vs. | |
| HEATHER STANLEY, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND JOSEPH BARTON, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, HEATHER STANLEY, by and through her attorney of record, DAVID TORRES, hereby requesting that the sentencing hearing currently set for Monday March 18, 2024, at 9:00 a.m. be continued to April 29, 2024, at 9:00 a.m.

Defense counsel is requesting a continuance due to a scheduling conflict. I have spoken to AUSA Joseph Barton and he has no objection continuing the sentencing hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: March 13, 2024 */s/ David A. Torres*
DAVID A. TORRES
Attorney for Defendant
HEATHER STANLEY

DATED: March 13, 2024 */s/Joseph Barton*
JOSEPH BARTON
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the sentencing hearing be continued to Monday April 29, 2024, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **March 14, 2024**

UNITED STATES DISTRICT JUDGE