ERIC GRANT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HEATHER STANLEY, <br><br> Defendant. | CASE NO.  1:20-CR-00045-JLT-SKO <br><br> [PROPOSED] ORDER SUBSTITUTING VICTIM/PAYEE FOR PURPOSES OF RESTITUTION |

Upon the request of the United States, **IT IS HEREBY ORDERED** that the Clerk of the Court is directed to substitute The State Bar of California Client Security Fund in place of John Dovichi solely for purposes of receiving restitution payments.  The Clerk of the Court is directed to send future disbursements that otherwise would have been sent to John Dovichi to:

> The State Bar of California, Client Security Fund
> 845 South Figueroa Street
> Los Angeles, California 90017-2515

**IT IS SO ORDERED.**

Date:  July 1, 2026

_Jennifer L. Thurston_
THE HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE

ORDER SUBSTITUTING VICTIM/PAYEE
FOR PURPOSES OF RESTITUTION

1